IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | | |
|---|---|---|
| BRANDON COBB, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:17-cv-00517-A |
| | § | |
| TARRANT COUNTY TOOLS, INC. and | § | |
| ALDO G. RAYOS | § | |
| | § | |
| *Defendants.* | § | JURY TRIAL DEMANDED |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 10 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Counsel for Plaintiff Brandon Cobb and counsel for Defendants Tarrant County Tools, Inc. and Aldo G. Rayos advise the Court that they have reached a settlement. The settlement terms include that this action be dismissed with prejudice, and that each party bear the costs of court and attorneys' fees incurred by such party.

IT IS ORDERED that all of Plaintiff's claims and causes of action that were or could have been asserted against Defendant in the above-captioned action be, and are hereby, dismissed with prejudice, and that each party to this action is to bear the costs of court and attorneys' fees incurred by such party.

Signed August 10, 2017.

_____
UNITED STATES DISTRICT JUDGE

091240/576299-59928566.1

AGREED AS TO FORM AND SUBSTANCE:

_____
**CLIF ALEXANDER**
Texas State Bar #24064805
clif@a2xlaw.com
ANDERSON2X, PLLC
819 N. Upper Broadway
Corpus Christi, Texas 78401
Tel: (361) 452-1279
Fax: (361) 452-1284

*Attorney for Plaintiff Brandon Cobb*

_____
**THOMAS E. REDDIN**
Texas State Bar #16660950
treddin@polsinelli.com
**THEANNA SEDLOCK**
Texas State Bar # 24089243
tsedlock@polsinelli.com
POLSINELLI PC
2950 N. Harwood Street
Suite 2100
Dallas, TX 785201
Tel: 214.661.5581
Fax: 214.853.9106

*Attorneys for Defendants Tarrant County
Tools, Inc. and Aldo G. Rayos*