IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRANDON COBB, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § § | |
| VS. | § | NO. 4:17-CV-517-A |
| TARRANT COUNTY TOOLS, INC., ET AL., | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with the agreed order of dismissal with prejudice signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Brandon Cobb, against defendants, Tarrant County Tools, Inc., and Aldo G. Rayos, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs and attorney's fees incurred by that party.

SIGNED August 10, 2017.

JOHN McBRYDE
United States District Judge